### 16517.   WHITAKER *v.* THE STATE.

BROYLES, C. J. 1. Under repeated rulings of the Supreme Court and of this court, a ground of a motion for a new trial, complaining of alleged errors in the charge of the court upon the law of murder, is without merit, where the accused was convicted of a lesser offense. Under this ruling and the facts of the instant case, there is no merit in grounds 1, 2, 3, 4, 5, and 9 of the amendment to the motion for a new trial.

2. "The court having fully instructed the jury upon the law of justifiable

homicide, it was not error (especially in the absence of a timely and appropriate written request) to fail to give in charge section 73 of the Penal Code." *Copeland* v. *State*, 23 *Ga. App.* 667 (2) (99 S. E. 136); *Crawford* v. *State*, 149 *Ga.* 485 (3) (100 S. E. 633).

3. The remaining special grounds of the motion for a new trial are without merit, and the verdict of voluntary manslaughter was amply authorized by the evidence.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 20, 1925.

Conviction of manslaughter; from Putnam superior court—Judge Park. May 4, 1925.

*R. C. Jenkins, W. O. Cooper Jr.*, for plaintiff in error.

*Joseph B. Duke, solicitor-general, M. F. Adams, Clement & Campbell*, contra.